1  THOMAS M. HERLIHY (SBN: 83615)
   Thomas.Herlihy@wilsonelser.com
2  LISA SILVA PASSALACQUA (SBN: 161990)
   Lisa.Passalacqua@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN& DICKER LLP**
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
6

7  Attorneys for Plaintiff
   REASSURE AMERICA LIFE
8  INSURANCE COMPANY

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11

12

13 REASSURE AMERICA LIFE INSURANCE  ) Case No.: CV 11-00488  MMC
   COMPANY                          )
14                                  )
              Plaintiff.            ) **STIPULATION AND ORDER FOR**
15                                  ) **JUDGMENT AND DISMISSAL**
         v.                         )
16                                  )
   ANDRIA D. R. BATISE, VERNA I. CHASE, , )
17 MICKAELE CHASE, ALEXANDER CHASE )
   and DOES 1-10, inclusive,        )
18                                  )
              Defendants.
19

20

21 IT IS HEREBY STIPULATED, by and between plaintiff Reassure America Life

22 Insurance Company  ("Reassure"), and defendants Andria D.R. Batise, Verna I

23 Chase, Mickaele Chase and Alexander Chase as follows:

24    1.    That this Court may enter a stipulated judgment in interpleader in the

25 form attached ~~hereto as Exhibit A;~~ to the parties' stipulation filed May 12, 2011;

26    2.    That, by reason of the death of Michael Chase("decedent"), on July 25,

27 2010, the sum of One Hundred and Fifty Thousand Dollars ($150,000.00)

28
                                    1
           STIPULATION AND ORDER FOR JUDGMENT AND DISMISSAL
                  USDC NDCA Case No. CV 11-00488 MMC
   655792.1

("Benefit proceeds") became payable pursuant to Life Insurance Policy No. AUSE0019010 (the "Policy") that was issued by Valley Forge Life Insurance Company to the decedent effective July 24, 2000; Reassure assumed Valley Forge Life Insurance Company's business including the insured's policy and currently administers the insured's policy)

3. That defendants Andria D.R. Batise, Verna Iathe Chase, Mickaele Chase and Alexander Chase each claim entitlement to some or all of the Benefit Proceeds and that, to date, no other person or entity currently makes claim to Reassure for the Benefit Proceeds;

4. That Reassure was ready, willing, and able to deliver the Benefit Proceeds to the person(s) legally entitled thereto. However, by reason of the actual and potential competing claims to the Benefit Proceeds, Reassure did not know and was unable to determine the person(s) legally entitled to them;

5. That concurrently with the filing of its complaint in interpleader, Reassure deposited with the Clerk of this Court the Benefit Proceeds, totaling One Hundred Fifty Two Thousand, Three Hundred and Seventy Dollars and Fifty-FourCents ($152,370.54), which represents the insurance proceeds payable under the Policy, plus interest;

6. That having deposited the monies with the Clerk of the Court on or about March 9, 2006, Reassure, its predecessors, successors, affiliates, parent corporation, officers and agents are fully and forever released, discharged, and acquitted from any liability of any kind or nature whatsoever under the Policy or by reason of the death of the decedent as to any and all claims, charges, demands, or otherwise that exist now or may arise at any time in the future;

7. That Reassure is entitled to fees of $ 13,754.00 and costs of 544.25, for a total of $ 14,298.25, to be paid out of the Benefit Proceeds deposited with the Clerk of this Court;

8. That defendants stipulate that the remaining Benefit Proceeds deposited with the Clerk of the court will be divided among the parties and paid out as follows:

    a. Andria D.R. Batise will receive $10,000.00 payable by check or draft to Andria D.R. Batise;

    b. Verna Ianthe Chase will receive $42,648.07 from the balance, payable by check or draft to Verna Ianthe Chase, P.O. Box 4744, Stockton, CA 95204;

    c. Michaele Chase will receive $42,648.07 from the balance, payable by check or draft to Douglas A. Haydel, trustee for Mickaele Chase;

    d. Alexander Chase will receive $42,648.07 from the balance, payable by check or draft to Douglas A. Haydel, trustee for Alexander Chase.

    e. Any remaining balance, resulting from the accrual of interest from the deposit of Benefit Proceeds with the Court, shall be divided equally (33 1/3 %) between Verna Iathe Chase, Michaele Chase and Alexander Chase, and added to their respective shares as referenced above.

9. That defendants Andria D.R. Batise, Verna I. Chase, Mickaele Chase and Alexander Chase are permanently enjoined from instituting or prosecuting any proceeding in any state or United States court against Reassure, its predecessors, successors, affiliates, parent corporation, officers and agents with respect to the proceed due under the Policy; and

10. That Reassure is dismissed from this action with prejudice and the entrie action is dismissed.

Date: May __11__, 2011

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
THOMAS M. HERLIHY
LISA S. PASSALACQUA
Attorneys for Plaintiffs

|  |  |
|---|---|
|  | REASSURE AMERICA LIFE INSURANCE COMPANY |
| Date: 5/10/11 | HAYDEL & ORNELLAS |
|  | By: *[signature]* <br> Douglas A. Haydel <br> Attorney for Defendants <br> Andria D.R. Batise, Mickaele Chase and Alexander Chase |
| Date: 5/10/11 |  |
|  | By: *[signature]* <br> Verna Ianthe Chase <br> Defendant |

**ORDER**

IT IS SO ORDERED.

Dated: May 13, 2011

*[signature]*
Hon. Maxine M. Chesney
United States District Judge

4
STIPULATION AND ORDER FOR JUDGMENT AND DISMISSAL
USDC NDCA Case No. CV 11-00488 MMC

655792.1